[No. 29317-0-II.   Division Two.   March 2, 2004.]

KEVIN WALL, ET AL., *Appellants*, v. OLYMPIC VISTA
DEVELOPMENT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clal-
lam County, 97-2-00850-9, Kenneth D. Williams, J., en-
tered September 6, 2002. *Affirmed in part, reversed in part,*
and *remanded* by unpublished opinion per Bridge-
water, J., concurred in by Quinn-Brintnall, A.C.J., and
Armstrong, J.

[No. 21660-8-III.   Division Three.   March 4, 2004.]

PELICAN POINT COMMUNITY ASSOCIATION, *Appellant*, v. KRIS
DEXTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant
County, No. 01-2-00180-5, John M. Antosz, J., entered
November 14, 2002. *Affirmed* by unpublished opinion per
Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[Nos. 21723-0-III; 21724-8-III;   Division Three.   March 4, 2004.]
     21725-6-III.

THE STATE OF WASHINGTON, *Respondent*, v. ROGER MICHAEL
HOTRUM, *Appellant*.

Appeals from judgments of the Superior Court for Spo-
kane County, Nos. 89-1-01305-4, 89-1-01319-4, and 89-1-
-01316-0, Tari S. Eitzen, J., entered December 24, 2002.
*Affirmed* by unpublished opinion per Schultheis, J., con-
curred in by Sweeney and Kurtz, JJ. Now published at
120 Wn. App. 681.